UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERICKA BLAIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:20-cv-0888-JMS-MPB |
| ) | |
| GREEN SQUARE COMPANY LLC, and ) | |
| JOEY M. YOUNGER, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Order entered this day, the Court **DISMISSES with prejudice** all claims against Defendant Joey M. Younger. In addition, having entered default judgment against Defendant Green Square Company LLC and in favor of Plaintiff Ericka Blair pursuant to Federal Rule of Civil Procedure 55(b), the Court now enters **FINAL JUDGMENT** pursuant to Federal Rule of Civil Procedure 58 in favor of Plaintiff and against Defendant Green Square Company LLC in the amount of $1,000 in damages, $4,323.70 in attorney's fees, and $458.90 in costs, for a total of **$5,782.60**.

Date: 11/20/2020

*[signature]*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *[signature]*
Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**

**Distribution via U.S. Mail to:**

Green Square Company, LLC
c/o Peltan Law, PLLC
128 Church Street
East Aurora NY 14052

Joey M. Younger
389 Parkside Avenue
Buffalo NY 14216