## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ERICKA BLAIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00888-JMS-MPB |
| | ) | |
| GREEN SQUARE COMPANY LLC and | ) | |
| JOEY M. YOUNGER, individually, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SETTLEMENT

Plaintiff, ERICKA BLAIR, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 90 days.

RESPECTFULLY SUBMITTED,

March 15, 2021
By: /s/ Michael S. Agruss
Michael S. Agruss
Agruss Law Firm, LLC
4809 N. Ravenswood Ave.
Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I certify that on March 15, 2021, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Michael S. Agruss
Michael S. Agruss