UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERICKA BLAIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cv-00888-JMS-MPB |
| ) | |
| GREEN SQUARE COMPANY LLC, ) | |
| JOEY M. YOUNGER, ) | |
| ) | |
| Defendants. ) | |

## **ENTRY**

Plaintiff filed a Notice of Settlement dkt [28] on March 15, 2021 in which she indicated an intention to dismiss the case within 60 days. Plaintiff is reminded that the court entered judgment on November 20, 2020 dkt [27] and closed the case. If the judgment is to be considered satisfied or vacated, the Plaintiff shall file the appropriate satisfaction of judgment or motion to vacate for the record. In the meantime, this case remains closed and the judgment remains in place.

Date: 3/16/2021

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Michael S. Agruss
AGRUSS LAW FIRM, LLC
michael@agrusslawfirm.com

Taylor L. Kosla
AGRUSS LAW FIRM, LLC
taylor@agrusslawfirm.com

**<u>Distribution via U.S. Mail to:</u>**

Green Square Company, LLC
c/o Peltan Law, PLLC
128 Church Street
East Aurora NY 14052

Joey M. Younger
389 Parkside Avenue
Buffalo NY 14216