**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| ERICKA BLAIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cv-00888-JMS-MPB |
| ) | |
| GREEN SQUARE COMPANY LLC and ) | |
| JOEY M. YOUNGER, individually, ) | |
| ) | |
| Defendants. ) | |

### SATISFACTION OF JUDGMENT

**PLEASE TAKE NOTICE** that Defendant, GREEN SQUARE COMPANY LLC, has satisfied the judgment entered by this Honorable Court on November 20, 2020 [Doc. 26].

RESPECTFULLY SUBMITTED,

March 26, 2021        By: /s/ Michael S. Agruss
                  Michael S. Agruss
                  Agruss Law Firm, LLC
                  4809 N. Ravenswood Ave.
                  Suite 419
                  Chicago, IL 60640
                  Tel: 312-224-4695
                  Fax: 312-253-4451
                  michael@agrusslawfirm.com
                  Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

On July 23, 2020, I electronically filed Plaintiff's Satisfaction of Judgment with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of this filed document to David Peltan at davidpeltan@peltanlaw.com.

By: /s/ Michael Agruss
**Michael Agruss**